PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
3:19-CR-00118- S(1)

DOCKET NUMBER *(Rec. Court)*
2:24-cr-00249-CDS-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis Alexander Vargas<br>Las Vegas, NV 89115 | Northern District Of Texas | Dallas Division |

FILED ✓  RECEIVED
ENTERED  SERVED ON
NOV 07 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

NAME OF SENTENCING JUDGE: The Honorable Karen Gren Scholer

DATES OF PROBATION/SUPERVISED RELEASE
FROM: May 16, 2023
TO: May 15, 2028

**OFFENSE**
Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(B)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision
Mr. Vargas intends to remain in the District of Nevada throughout his term of supervision. The District of Nevada is requesting the transfer of jurisdiction in order to locally address any potential future violation conduct with an appropriate sanction and timely efficacy.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/5/2024
Date

*[signature]*
Karen Gren Scholer
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  n/a  DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/12/2024
Effective Date

*[signature]*
Cristina D. Silva, United States District Judge