PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:24-cr-00249-CDS-DJA

DOCKET NUMBER *(Rec. Court)*
4:25-cr-00004-SHL-HCA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis Alexander Vargas | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE: Karen Gren Scholer

DATES OF PROBATION/SUPERVISED RELEASE
FROM: 5/16/2023
TO: 5/15/2028

**OFFENSE**
Possession with Intent to Distribute a Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Employment opportunities

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

01/08/2025
Date

Cristina D. Silva, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Southern  DISTRICT OF  Iowa

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 10, 2025
*Effective Date*

*Chief United States District Judge*

1